[No. 41502-6-I.     Division One.     November 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE D. HAYE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04906-3, Marilyn R. Sellers, J., entered September 29, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 41514-0-I.     Division One.     November 30, 1998.]

*In re* K.D.B., *Appellant*, THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-8-00137-1, David Needy, J. Pro Tem., entered August 1, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42037-2-I.     Division One.     November 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN R. RATHBUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05265-5, Charles V. Johnson, J., entered January 9, 1998. *Reversed* by unpublished per curiam opinion.

[No. 16483-7-III.     Division Three.     December 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL LEE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-1-00438-6, Evan E. Sperline, J., entered February 24, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.